| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOLLANDER, ELLEN L. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 3. Date of Report<br><br>05/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF TRUSTEES | GOUCHER COLLEGE |
| 2. BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989-2012 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | MARYLAND STATE RETIREMENT AGENCY | $99,701.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SELF-EMPLOYED - ADVERTISING/MARKETING |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   WHOLE LIFE INSURANCE POLICY: | | | | | | | | | |
| 2.   NORTHWESTERN MUTUAL POLICY - CASH VALUE | A | Int./Div. | N | T | | | | | |
| 3.   CASH ACCOUNTS: | | | | | | | | | |
| 4.   M&T BANK ACCOUNT | | None | J | T | | | | | |
| 5.   BANK OF AMERICA ACCOUNT | | None | J | T | | | | | |
| 6.   WELLS FARGO BANK, N.A. - MORTGAGE ESCROW ACCOUNT | A | Int./Div. | J | T | | | | | |
| 7.   BROKERAGE    HOLDINGS: | | | | | | | | | |
| 8.   WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | J | T | | | | | |
| 9.   MERRILL LYNCH BANK DEPOSIT | A | Interest | L | T | | | | | |
| 10.   ADTRAN, INC. | A | Dividend | J | T | Sold (part) | 09/20/12 | J | A | |
| 11.   AMERICAN TOWER CORP | A | Dividend | K | T | | | | | |
| 12.   ANSYS, INC. - COMMON | | None | K | T | | | | | |
| 13.   APACHE CORP - COMMON | A | Dividend | J | T | | | | | |
| 14.   AT&T COMMON STOCK | A | Dividend | J | T | | | | | |
| 15.   BEACON ROOFING SUPPLY, INC. - COMMON | | None | | | Sold | 09/28/12 | J | C | |
| 16.   CELEGENE CORP - COMMON | | None | K | T | | | | | |
| 17.   CISCO SYSTEMS, INC. - COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 15

**Name of Person Reporting**

HOLLANDER, ELLEN L.

**Date of Report**

05/09/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CLEAN HARBORS, INC. | | None | J | T | Buy | 09/24/12 | J | | |
| 19. COMCAST - COMMON STOCK | | None | J | T | | | | | |
| 20. CONCHO RESOURCES, INC. | | None | J | T | Buy | 08/16/12 | J | | |
| 21. CONSOLIDATED EDISON - COMMON | A | Dividend | J | T | | | | | |
| 22. DEALERTRAK HOLDINGS, INC - COMMON | | None | J | T | | | | | |
| 23. DENTSPLY INTERNATIONAL, INC. - COMMON | A | Dividend | | | Sold | 04/19/12 | J | B | |
| 24. ECOLAB, INC - COMMON | A | Dividend | J | T | | | | | |
| 25. EXPEDITORS INTL OF WASH INC - COMMON | A | Dividend | K | T | Buy (add'l) | 08/09/12 | J | | |
| 26. FASTENAL CO - COMMON | B | Dividend | L | T | Sold (part) | 01/25/12 | J | D | |
| 27. | | | | | Sold (part) | 02/15/12 | J | D | |
| 28. | | | | | Sold (part) | 02/16/12 | J | C | |
| 29. | | | | | Sold (part) | 02/22/12 | K | E | |
| 30. | | | | | Sold (part) | 10/23/12 | J | B | |
| 31. FRONTIER COMMUNICATIONS, INC - COMMON | A | Dividend | J | T | | | | | |
| 32. GARDNER DENVER, INC - COMMON | A | Dividend | J | T | Buy (add'l) | 01/25/12 | J | | |
| 33. IDEXX LAB, INC - COMMON | | None | K | T | Sold (part) | 01/30/12 | J | C | |
| 34. | | | | | Sold (part) | 10/23/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. II-VI, INC. - COMMON | | None | J | T | | | | | |
| 36. ILLUMINA, INC. | | None | J | T | Buy | 07/26/12 | J | | |
| 37. INTELCORP - COMM ON | B | Dividend | K | T | Sold (part) | 03/29/12 | J | D | |
| 38. IBM - COMMON | C | Dividend | M | T | | | | | |
| 39. JACOBS ENGINEERING GROUP - COMMON | | None | K | T | | | | | |
| 40. J&J - COMMON | A | Dividend | J | T | | | | | |
| 41. LKQ CORP - COMMON | | None | K | T | Sold (part) | 05/17/12 | J | A | |
| 42. MARKEL CORP - COMMON | | None | J | T | | | | | |
| 43. METLIFE POLICYHOLDER - TRUST INTEREST | | None | J | T | | | | | |
| 44. NATIONAL INFORMATION CONSORTIUM, INC. | A | Dividend | J | T | Buy | 04/30/12 | J | | |
| 45. PAYCHEX, INC. - COMMON | A | Dividend | J | T | | | | | |
| 46. POTASH CORP OF SASKATCHEWAN - COMMON | A | Dividend | J | T | | | | | |
| 47. QUALCOMM, INC - COMMON | A | Dividend | K | T | Sold (part) | 03/29/12 | J | D | |
| 48. | | | | | Sold (part) | 10/23/12 | J | B | |
| 49. QUANTA SERVICES, INC - COMMON | | None | | | Sold | 01/20/12 | J | A | |
| 50. RESMED, INC. - COMMON | A | Dividend | K | T | Sold (part) | 08/09/12 | J | B | |
| 51. | | | | | Sold (part) | 10/23/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ROPER INDUSTRIES - COMMON | A | Dividend | J | T | Sold (part) | 12/14/12 | J | B | |
| 53. | | | | | Sold (part) | 03/29/12 | J | D | |
| 54. | | | | | Sold (part) | 12/14/12 | J | B | |
| 55. SCHLUMBERGER, LTD - COMMON | A | Dividend | K | T | Sold (part) | 09/20/12 | J | A | |
| 56. | | | | | Sold (part) | 10/23/12 | J | A | |
| 57. SEI INVESTMENTS CO - COMMON | A | Dividend | J | T | Buy | 02/28/12 | J | | |
| 58. | | | | | Buy (add'l) | 03/05/12 | J | | |
| 59. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 60. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 61. SOUTHWESTERN ENERGY CO - COMMON | | None | J | T | Buy | 12/11/12 | J | | |
| 62. STERICYCLE - COMMON | | None | J | T | | | | | |
| 63. TR PRICE GROUP - COMMON | A | Dividend | K | T | Sold (part) | 10/23/12 | J | B | |
| 64. TECHNE CORP - COMMON | A | Dividend | | | Sold (part) | 05/10/12 | J | B | |
| 65. | | | | | Sold | 05/11/12 | J | B | |
| 66. TEVA PHARMACEUTICALS - ORD SHARES | A | Dividend | K | T | | | | | |
| 67. THREE D SYSTEMS NEW - COMMON | | None | K | T | | | | | |
| 68. TRIMBLE NAVIGATION - COMMON | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ULTRA PETROLEUM - COMMON | | None | | | Buy (add'l) | 02/03/12 | J | | |
| 70. | | | | | Sold | 08/16/12 | J | A | |
| 71. UNIT CORP - COMMON | | None | | | Sold | 08/07/12 | J | A | |
| 72. VERIZON COMMUNICATIONS - COMMON | A | Dividend | J | T | | | | | |
| 73. VISA, INC - COMMON | A | Dividend | J | T | | | | | |
| 74. AMERICAN FUNDS - AMERICAN BALANCED F-1 | A | Dividend | J | T | | | | | |
| 75. AMERICAN FUNDS - GROWTH FUND OF AMERICA F-1 | A | Dividend | J | T | | | | | |
| 76. ARTISAN SM CAP VALUE INVESTOR FUND | A | Dividend | J | T | | | | | |
| 77. BLACKROCK GLOBAL ALLOCATION INSTL FUND | A | Dividend | J | T | | | | | |
| 78. DAVIS NY VENTURE FUND - CLASS A | A | Dividend | J | T | | | | | |
| 79. FIRST EAGLE GLOBAL FUND, CLASS A | A | Dividend | J | T | | | | | |
| 80. HARTFORD MUTUAL FUNDS - HARTFORD MIDCAP I | A | Dividend | J | T | | | | | |
| 81. IVY FUNDS - IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |
| 82. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 83. PERKINS MID CAP VALUE FUND I | A | Dividend | J | T | | | | | |
| 84. PIONEER CULLEN VALUE | A | Dividend | J | T | | | | | |
| 85. T.ROWE PRICE MD TAX FREE BOND FUND | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. POLYPORE INTL, INC - COMMON | | None | | | Buy | 04/09/12 | J | | |
| 87. | | | | | Sold | 09/18/12 | J | A | |
| 88. ISRAELI BONDS | A | Interest | J | T | | | | | |
| 89. IRA ACCOUNT #1: | | | | | | | | | |
| 90. AMERICAN BALANCE FUND | A | Dividend | J | T | | | | | |
| 91. ARTISAN FUNDS SM CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 92. BLACKROCK GLOBAL ALLOC FD | A | Dividend | J | T | | | | | |
| 93. AMERICAN FUNDS CAPITAL WORLD G&I FD | A | Dividend | J | T | | | | | |
| 94. FIRST EAGLE GLOBAL FUND I | A | Dividend | J | T | | | | | |
| 95. AMERICAN FUNDS GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 96. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F1 | A | Dividend | J | T | | | | | |
| 97. HARTFORD MUTUAL FUNDS - HARTFORD MID-CAP FUND | A | Dividend | J | T | | | | | |
| 98. ING GLOBAL REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 99. IVY FUNDS INC - ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 100. JANUS INVESTMENT FUND - PERKINS MID CAP VALUE FD | A | Dividend | J | T | | | | | |
| 101. DAVIS NY VENTURE FUND INC CL Y | A | Dividend | J | T | | | | | |
| 102. PIMCO FDS PAC INVT MGMT SVCS TOTAL RETURN FD A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 104. PIONEER SER TR III FUNDAMENTAL VALUE FUND CL Y | A | Dividend | J | T | | | | | |
| 105. (FORMERLY KNOWN AS PIONEER SER TR III CULLEN VALUE FUND) | | | | | | | | | |
| 106. INVESCO GLOBAL CORE EQUITY FD A | A | Dividend | J | T | | | | | |
| 107. AIM SECTOR FDS INVESCO VAN KAMPEN COMSTOCK FD CL A | A | Dividend | J | T | | | | | |
| 108. IRA ACCOUNT #2: | | | | | | | | | |
| 109. ARTISAN FUNDS, INC - ARTISAN SMALL CAP VALUE INVESTOR FD | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 110. | | | | | Sold (part) | 08/29/12 | J | A | |
| 111. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 112. | | | | | Sold (part) | 06/05/12 | J | A | |
| 113. | | | | | Sold (part) | 08/29/12 | J | A | |
| 114. | | | | | Sold (part) | 10/12/12 | J | A | |
| 115. FIRST EAGLE FDS, INC - GLOBAL FUND CL 1 | A | Dividend | J | T | Sold (part) | 01/12/12 | J | A | |
| 116. | | | | | Sold (part) | 03/30/12 | J | A | |
| 117. | | | | | Sold (part) | 06/05/12 | J | A | |
| 118. | | | | | Sold (part) | 08/29/12 | J | A | |
| 119. AMERICAN FUNDS - GROWTH FUND OF AMERICA F1 | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/05/12 | J | A | |
| 121. | | | | | Sold (part) | 08/29/12 | J | A | |
| 122. | | | | | Sold (part) | 10/12/12 | J | A | |
| 123. HARTFORD MUTUAL FDS INC - MIDCAP FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 124. | | | | | Sold (part) | 06/05/12 | J | A | |
| 125. | | | | | Sold (part) | 08/29/12 | J | A | |
| 126. ING GLOBAL REAL ESTATE FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 127. | | | | | Sold (part) | 06/05/12 | J | A | |
| 128. | | | | | Sold (part) | 07/13/12 | J | A | |
| 129. | | | | | Sold (part) | 08/29/12 | J | A | |
| 130. IVY FUNDS INC - ASSET STRATEGY FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 131. | | | | | Sold (part) | 04/13/12 | J | A | |
| 132. | | | | | Sold (part) | 06/05/12 | J | A | |
| 133. | | | | | Sold (part) | 08/29/12 | J | A | |
| 134. JANUS INVT FUND - PERKINS MID CAP VALUE FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 135. | | | | | Sold (part) | 06/05/12 | J | A | |
| 136. | | | | | Sold (part) | 08/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DAVIS NY VENTURE FUND INC - CL Y | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 138. | | | | | Sold (part) | 06/05/12 | J | A | |
| 139. | | | | | Sold (part) | 08/29/12 | J | A | |
| 140. | | | | | Sold (part) | 10/12/12 | J | A | |
| 141. PIMCO FDS PAC INVT MGMT SERV - TOTAL RETURN FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 142. | | | | | Sold (part) | 04/13/12 | J | A | |
| 143. | | | | | Sold (part) | 06/05/12 | J | A | |
| 144. | | | | | Sold (part) | 08/29/12 | J | A | |
| 145. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 146. | | | | | Sold (part) | 06/05/12 | J | A | |
| 147. | | | | | Sold (part) | 08/29/12 | J | A | |
| 148. PIONEER SER TR III - FUNDAMENTAL VALUE FD CL Y (formerly | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 149. known as Pioneer Ser Tr III - Cullen Value Fd) | | | | | Sold (part) | 06/05/12 | J | A | |
| 150. | | | | | Sold (part) | 07/13/12 | J | A | |
| 151. | | | | | Sold (part) | 08/29/12 | J | A | |
| 152. | | | | | Sold (part) | 10/12/12 | J | A | |
| 153. 401(k) PLAN: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. AMERICAN FUNDS EURO PACIFIC GROWTH FD R6 | | None | K | T | | | | | |
| 155. AMERICAN FUNDS GROWTH FUND OF AMERICA R6 | | None | L | T | | | | | |
| 156. FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 157. GOLDMAN SACHS LARGE CAP VALUE FUND INST | A | Dividend | K | T | | | | | |
| 158. PIMCO TOTAL RETURN INST | | None | K | T | | | | | |
| 159. T.ROWE PRICE SMALL CAP STOCK FUND | A | Dividend | K | T | | | | | |
| 160. VANGUARD INSTL INDEX FD | | None | L | T | | | | | |
| 161. VANGUARD MID CAP INDEX INSTL FD | | None | K | T | | | | | |
| 162. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOLLANDER, ELLEN L. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS:
LINE 50 - RESMED, INC - COMMON
DURING THE 2011 REPORTING PERIOD, THERE WAS A CLERICAL ERROR IN REPORTING THE VALUE OF THIS SECURITY . (SEE 2011 REPORT LINE #47).
THE SECURITY WAS LISTED WITH A PARENTHETICAL (Y), INDICATING THAT THE ENTIRE POSITION IN THIS SECURITY HAD BEEN SOLD DURING THE GAP PERIOD.
HOWEVER, THE CORRECT RESPONSE SHOULD HAVE BEEN THAT THIS WAS A CURRENTLY HELD SECURITY WITH A VALUE CODE OF "J" ($15,000 OR LESS), VALUATION METHOD OF "T" (CASH/MARKET)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ ELLEN L. HOLLANDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544